Below is a judgment of the court. If the judgment is for money, the applicable judgment interest rate is: N/A

_David W. Hercher_
DAVID W. HERCHER
U.S. Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re: Marilena Burdett<br><br>     Debtor. | Case No. 22-60936-dwh7<br><br>Adv. Proc. 22-06028-dwh |
| Marilena Burdett,<br><br>     Plaintiff,<br>  vs.<br><br>United States Department of Education,<br><br>     Defendants. | CONSENT JUDGMENT DISCHARGING STUDENT LOAN DEBT |

Plaintiff Marilena Burdett and Defendant United States Department of Education ("DOE") filed a Joint Motion for Entry of Consent Judgment Discharging Student Loan Debt ("Joint Motion"). For the reasons stated in the Joint Motion, the Court finds that Plaintiff is entitled to discharge her student loan debt as identified in the Amended Complaint (the "Debt").

ECF 16. Accordingly, the Court GRANTS the Joint Motion and enters the following Consent

Judgment:

1.  Repaying the Debt would impose an undue hardship on Plaintiff under 11 U.S.C.

    § 523(a)(8).

2.  The Debt is therefore discharged, effective as of the date of this Judgment, pursuant to

    the general discharge granted November 9, 2022, under 11 U.S.C. § 727 in Case No.

    22−60936.

3.  Plaintiff and DOE shall each bear their own costs and attorney fees related to this action.

###

Presented by:

NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon

s/ Jessie D. Young
Jessie D. Young, OSB # 135246
jessie.young@usdoj.gov
Assistant United States Attorney
United States Attorney's Office
District of Oregon
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204
Telephone: 503-727-1003
Attorney for Defendant United States
        Department of Education